A89A2016, A89A2017. ATLANTA OBSTETRICS &
GYNECOLOGY GROUP, P.A. et al. v. ABELSON et al.; and vice
versa.
(403 SE2d 253)

CARLEY, Judge.

In *Atlanta Obstetrics & Gynecology Group, P.A. v. Abelson*, 195
Ga. App. 274 (392 SE2d 916) (1990), we affirmed in part and reversed
in part the main appeal and affirmed the cross-appeal. However, on
certiorari, the Supreme Court reversed our affirmance on the main
appeal of the trial court's denial of the defendants' motion to dismiss
the plaintiffs' complaint for failure to state a claim. *Atlanta Obstet-
rics & Gynecology Group, P.A. v. Abelson*, 260 Ga. 711 (398 SE2d
557) (1990). Accordingly, the judgment of the Supreme Court is made
the judgment of this court and the trial court's denial of the defend-
ants' motion to dismiss the plaintiffs' complaint for failure to state a
claim is hereby reversed. As the result of this reversal, the defend-
ants' remaining enumerations of error in the main appeal need not be
considered and the plaintiffs' cross-appeal has been rendered moot.

*Judgment reversed in Case No. A89A2016. Appeal dismissed in
Case No. A89A2017. Sognier, C. J., McMurray, P. J., Banke, P. J.,
Birdsong, P. J., Pope, Beasley, Cooper and Andrews, JJ., concur.*

DECIDED FEBRUARY 20, 1991.

*Alston & Bird, Judson Graves, Bryan A. Vroon*, for appellants.
*Keenan Law Firm, Don C. Keenan, David S. Bills*, for appellees.
*Jones, Brown & Brennan, Taylor W. Jones, Myles E. Eastwood*,
amici curiae.